

U.S. Department of Justice

United States Attorney
Eastern District of New York

MS
F. #2023R00925

271 Cadman Plaza East
Brooklyn, New York 11201

January 18, 2024

By E-mail

The Honorable Marcia M. Henry
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: United States v. Ilya Kahn
     Magistrate Docket No. 23-1133

Dear Judge Henry:

  The government respectfully moves for an order unsealing the complaint and arrest warrant in the above-captioned matter in their entirety. The defendant was taken into federal custody pursuant to an arrest warrant, and accordingly, there is no longer reason for the complaint or arrest warrant to remain sealed. A proposed unsealing order is enclosed.

          Respectfully submitted,

          BREON PEACE
          United States Attorney

       By: s/Matthew Skurnik
          Matthew Skurnik
          Assistant U.S. Attorney
          (718) 254-6231

Enclosure

cc: Clerk of Court

MS
F. #2023R00925

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

ILYA KAHN,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

23-MJ-1133

Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Matthew Skurnik, for an order unsealing the complaint and arrest warrant in the above-captioned matter in their entirety.

WHEREFORE, it is ordered that the complaint and arrest warrant in the above-captioned matter be unsealed in their entirety.

Dated:   Brooklyn, New York
          January  18 , 2024

*Robert Levy*
_____
HONORABLE ROBERT M. LEVY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK